Richard Corral
(Name)
C-99479    AS 135
(CDC#)    (Cell)

FILED
08 JAN -8 PM 1:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Pro Se

Northern District
of California

Richard Corral,

Petitioner,

vs.

M.S. Evans

Defendant(s).

CASE NUMBER: C-07-5383 MJJ (PR)

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

COMES NOW, Petitioner Richard Corral, who respectfully moves this Honorable Court for an order appointing counsel at public expense pursuant to 28 U.S.C., section 1915(d); 18 U.S.C., section 3006A.

Counsel should be appointed because the issues in this case are particularly complex. <u>Dillon v. United States</u>, (9th Cir. 1962) 307 F.2d 445; <u>Hawkins v. Bennet</u>, (1970) 423 F.2d 948  These issues are set forth as follows: Petitioner cannot effectively defend his claims if he is held to prepare immediate responses from the respondent because of reasons mentioned below (with attached Declaration)

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

1
2
3  [X]  Counsel should be appointed because Petitioner is: [ ] Illiterate [X] Suffers from a mental disability and
4  is unable to proceed alone. <u>Kreiling v. Field</u>, (9th Cir. 1970) 431 F.2d 638
5  [ ]  Counsel should be appointed because this Court has granted Petitioner leave to use discovery before the
6  hearing, and counsel is needed to allow Petitioner to make use of those discovery rights. Habeas Rule 6(a)
7  [ ]  Counsel should be appointed because an evidentiary hearing has been set by this Court. Habeas Rule
8  8(c).
9  [X]  Counsel should also be appointed for the following reason(s):
10 Petitioner is and has been extremely mobility
11 impaired which limits his ability to effectively
12 research and prepare for any possible forth coming
13 responses/arguments from the Respondent
14 (newly diagnosed with upper mobility limitations as well)
15     I declare under penalty of perjury that the foregoing is true and correct and that this declaration was
16 executed at Salinas Valley State Prison         1/7/08
    P.O. Box 1050
17                         Respectfully submitted,
    Soledad Ca
18   93960 -                Richard Corral
    1050
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

STATE OF CALIFORNIA                                                                                               DEPARTMENT OF CORRECTIONS
INMATE/PAROLEE DISABILITY VERIFICATION (I/PDV)
CDC 1845 Provisional (Rev. 01/01)                              **CHECK ALL OF THE BOXES APPLICABLE**

| INMATE'S NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| [illegible] | C11479 | CSATF | D2 142L | 4/29/0? |

*Section A - E to be completed by a physician only*

### SECTION A: REASON FOR INITIATION OF FORM
- [ ] Inmate voluntarily self-identified to staff
- [ ] Observation by staff
- [X] Third party evaluation request
- [ ] Medical documentation or Central File information

### SECTION B: CATEGORIES OF DISABILITY
- [ ] Blind/Vision Impaired
- [ ] Deaf/Hearing Impaired
- [X] Mobility Impaired
- [ ] Speech Impaired
- [ ] Other

### SECTION C: DISABILITIES IMPACTING PLACEMENT
1. [ ] PERMANENT WHEELCHAIR USER -DPW
2. [X] PERMANENTLY MOBILITY IMPAIRED (Lower Extremities)-DPM
   *Cannot* walk 100 yards or up a flight of stairs without pausing *with* the use of aids (crutches, prothesis, or walker).
3. [ ] PERMANENTLY DEAF/HEARING IMPAIRED-DPH
   So severe they must rely on written communication, lip reading or signing as their residual hearing, with aids, will not enable them to hear an emergency warning, or effectively communicate.
4. [ ] PERMANENTLY BLIND/VISION IMPAIRED -DPV
   *Not* correctable to central vision acuity of less than 20/200 *with* corrective lenses.
5. [ ] PERMANENT INDISCERNIBLE/NO SPEECH-DPS
   *No* effective written communication.
6. [ ] OTHER IMPACTING PLACEMENT (See Comments below)-DPO

### SECTION D: DISABILITIES *NOT* IMPACTING PLACEMENT
A. [X] PERMANENTLY MOBILITY IMPAIRED (Lower Extremities)-DNM
   Walks 100 yards and up a flight of stairs without pause
   [ ] *without* aids  [ ] *with* aids (crutches, prothesis, or walker)
B. [ ] PERMANENT NONAMBULATORY MOBILITY IMPAIRMENT
   (e.g., arm or hand prostheses, or missing digit(s))
C. [ ] PERMANENTLY HEARING IMPAIRED-DNH
   With residual hearing at a functional level *with* hearing aid(s).
D. [ ] PERMANENTLY BLIND/VISION IMPAIRED-DNV
   *Correctable* to central vision acuity less than 20/200 with corrective lenses.
E. [ ] PERMANENT INDISCERNIBLE/NO SPEECH-DNS
   Communicates *effectively* in writing.

### SECTION E: Additional Medical Information

List assistance needed with daily living activities: (i.e., eating, bathing, dressing, etc.) Chronic low back pain, TDx Severe myofascia pain, Lumbar spondylosis, Depression, waiting action tender pending L5S1 Dhizotomy

Per 128C(s) dated:

Has the following documented health care needs:
- [ ] In-patient
- [ ] Sun Sensitive
- [ ] Out-patient
- [ ] Heat Risk/Alert
- [ ] Cannot be exposed to particulates in the air

Refer to 128C(s) dated:

- [ ] DISABILITY **NOT** VERIFIED (Explain in comments section)
- [X] VERIFIED DISABILITY IN:
   [X] SECTION C   [ ] SECTION D

**DOCUMENTED MENTAL HEALTH NEEDS**
- [ ] CCCMS
- [ ] EOP
- [ ] MHCB
- [ ] DMH

Refer to 128C(s) dated:

### SECTIONS A through E COMPLETED BY:

| Physician's Name (Print) | Physician's Signature | Date Signed |
|---|---|---|
| G. Gonzalez, MD | [signature] G, MD | 4/30/03 |

### SECTION F: ADDITIONAL PLACEMENT FACTORS AND INFORMATION
*For completion by correctional counseling staff*

- [ ] Uses American Sign Language (A.S.L.)
- [ ] Uses Signing Exact English (S.E.E.)
- [ ] Communicates in writing
- [ ] Reads braille
- [ ] Reads lips
- [ ] Requires large print
- [X] NO ADDITIONAL INFORMATION AVAILABLE

SECTION F COMPLETED BY:
NAME: R. Catapus    TITLE: CCI    DATE SIGNED: 5-22-03

**COMMENTS**

DISTRIBUTION: Original - General Chrono Section of Central File    Pink - Health Care Services for Health Care Record    Yellow - Inmate/Parolee



Richard CoRRaL C94479
Salinas Valley State Prison
P.O. Box 1050 A5 135
Solsdad, Ca
93960-1050

STATE PRISON
GENERATED MAIL

Legal Mail

Office of the Clerk
U.S. District Court
Northern District of California
San Francisco, Ca 94102


