/ED

FEB 12 PM 1:0

W. WIEKI
DISTRICT C...
...RICT OF CAL...

Richard Corral C99479
Salinas Valley State Prison
P.O. Box 1050 A5.135
Soledad, Calif
93960-1050

*C 07.5383 (PR) njj

February 10, 2008

Dear Clerk of Court,

On 2/1/08 I received Legal Mail addressed to me from your Court (Northern District) after signing receipt on log sheet, I was issued Business size Envelope which was torn into from the back and heavily taped back together.

The contents of the envelope was an "appraising" fictitious form to proceed in Forma Pauperis form as Inmate in the Eastern Jurisdiction (in Corcoran State Prison) with no information or otherwise dutiful instructions on what to do with form... as it was not signed nor certified by the Accounting Office.

I filed an appeal because of the violation of opening Legal Mail in my presence and requested your confirmation of the contents of the envelope as perhaps my legal mail was accidentally sent to that inmate.

This process can take some time for response and ask that you please confirm the error as

the Informa Pauperis form was returned by the issuing c/o... X. Gonzalez

In closing... is it possible to receive confirmation on my formal Request for Appointment of Counsel sent out on 1/7/08 (Motion for Appointment) for mentioned circumstances.

Your time and acknowledgement in these matters will be very greatly appreciated.

Respectfully Submitted,
Richard Coxum
C-99479