1  EDMUND G. BROWN JR.
   Attorney General
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  GREGORY A. OTT
   Deputy Attorney General
6  State Bar No. 160803
      455 Golden Gate Avenue, Suite 11000
7     San Francisco, CA  94102
      Telephone:  (415) 703-5964
8     Fax:  (415) 703-1234
      E-mail:  gregory.ott@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13                                          C 07-5383 MJJ

14 RICHARD CORRAL,
                                            **APPLICATION FOR**
15                            Petitioner,    **ENLARGEMENT OF TIME TO**
                                            **FILE ANSWER**
16          v.

17 M.S. EVANS, Warden,

18                            Respondent.

19

20          For the reasons stated in the accompanying declaration of counsel, respondent hereby

21 requests a thirty-day enlargement of time in which to file its answer or other response to the petition

22 for writ of habeas corpus.  As explained in the accompanying declaration, counsel has not yet

23 received the record of petitioner's state proceedings, and accordingly cannot begin working on

24 respondent's response.

25          Counsel has not contacted petitioner regarding this request, as he is in custody and not

26 represented by counsel.

27          WHEREFORE, respondent respectfully requests that this Court grant an enlargement of

28 time, to and including April 2, 2008, in which to file his answer.

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE**
**ANSWER –** *Corral v. Evans,* **C 07-5383 MJJ**                1

1    Dated:  March 3, 2008

2                                                    Respectfully submitted,

3                                                    EDMUND G. BROWN JR.
                                                     Attorney General
4                                                    DANE R. GILLETTE
                                                     Chief Assistant Attorney General
5                                                    GERALD A. ENGLER
                                                     Senior Assistant Attorney General
6                                                    PEGGY S. RUFFRA
                                                     Supervising Deputy Attorney General
7

8                                                    /s/ Gregory A. Ott
                                                     GREGORY A. OTT
9                                                    Deputy Attorney General

10                                                   Attorneys for Respondent

11
     GAO
12   C:\DAT\Ott\Corral.EOT.wpd

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   EDMUND G. BROWN JR.
    Attorney General
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GERALD A. ENGLER
    Senior Assistant Attorney General
4   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
5   GREGORY A. OTT
    Deputy Attorney General
6   State Bar No. 160803
        455 Golden Gate Avenue, Suite 11000
7       San Francisco, CA  94102
        Telephone:  (415) 703-5964
8   Fax:  (415) 703-1234
        E-mail:  gregory.ott@doj.ca.gov
9   Attorneys for Respondent

10                  IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13                                              C 07-5383 MJJ

14  RICHARD CORRAL,
                                                **DECLARATION OF COUNSEL IN**
15                              Petitioner,     **SUPPORT OF APPLICATION FOR**
                                                **ENLARGEMENT OF TIME TO**
16          v.                                  **FILE ANSWER**

17  M.S. EVANS, Warden,

18                              Respondent.

19

20          I, GREGORY A. OTT, declare under penalty of perjury as follows:

21          I am the California Deputy Attorney General assigned to represent respondent in this case.

22  Respondent's answer is due today, March 3, 2008, per this Court's Order to Show Cause filed

23  December 3, 2007.  I have not previously received an enlargement of time in this case.

24          According to the petition, petitioner pleaded guilty to second degree murder in Alameda

25  County, in 1985.  He was sentenced to twenty-two years to life in prison.  He did not appeal from

26  his conviction, but has filed multiple petitions for collateral review in state court.

27          I request an additional thirty days to file my answer or other responsive pleading for the

28  following reason.  I have not received the record of petitioner's state court judgment.  Because

1    petitioner did not appeal from his conviction, no "record on appeal" was generated and forwarded

2    to this office.  I must create that record from scratch.  I have requested all relevant materials from

3    the Alameda County Superior Court, but to date have not received any of it, including any collateral

4    review petitions filed in that court.  I cannot determine whether the petition is timely, let alone

5    address the merits.  Additional time is necessary.

6         I have not contacted petitioner regarding this request, as he is in custody and not

7    represented by counsel.

8         Accordingly, I request that the Court grant respondent to and including April 2, 2008, in

9    which to file its answer or other response to the petition.

10        I declare under penalty of perjury of the laws of the State of California and the United

11    States of America that the foregoing is true and correct.  Executed at San Francisco, California on

12    March 3, 2008.

13

14

15                                    /s/ Gregory A. Ott
                                     GREGORY A. OTT
16                                   Deputy Attorney General

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12                                              C 07-5383 MJJ (PR)
       RICHARD CORRAL,
13                                              **ORDER**
                              Petitioner,
14
              v.
15
       M.S. EVANS, Warden,
16
                              Respondent.
17

18         GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until  April

19   2, 2008, to file his answer to the petition for writ of habeas corpus.  If Petitioner wishes to respond

20   to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within

21   thirty days of receipt of the answer.  Respondent may file a motion to dismiss on procedural grounds

22   in lieu of an answer.  If Respondent files such a motion, Petitioner shall file with the court and serve

23   on respondent an opposition or statement of non-opposition within thirty days of receipt of the

24   motion, and Respondent shall file with the court and serve on Petitioner a reply within fifteen days

25   of receipt of any opposition.

26

27   DATED: _____, 2008.

28
                                        _____
                                        MARTIN J. JENKINS
                                        United States District Judge

# <u>DECLARATION OF SERVICE BY U.S. MAIL</u>

Case Name:     **Corral v. Evans, Warden**

No.:     **C 07-5383 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On <u>March 3, 2008</u>, I served the attached **APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER; DECLARATION OF COUNSEL; PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Richard Anthony Corral
Salinas Valley State Prison
A-5 - 135
Prisoner Id C-99479
P. O. Box 1050
Soledad, CA  93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 3, 2008, at San Francisco, California.

| D. Desuyo | /s/     D. Desuyo |
|-----------|-------------------|
| Declarant | Signature         |

40224792.wpd