FILED

MAR 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CORRAL,<br><br>    Petitioner,<br><br>v.<br><br>M.S. EVANS,<br><br>    Respondent. | No. C 07-5383 MJJ (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING APPOINTMENT OF COUNSEL**<br><br>(Docket Nos. 6 & 8) |

    Good cause appearing, respondent's motion for an extension of time in which to file a response to the petition, to and including April 2, 2008, is GRANTED. Petitioner's motion for appointment of counsel is DENIED for want of an apparent need for an evidentiary hearing, or any other exceptional circumstances. Such denial is without prejudice to the court's sua sponte reconsideration

    This order terminates Docket Nos. 6 & 8.

    IT IS SO ORDERED.

DATED: 3/31/2008

MARTIN J. JENKINS
United States District Judge

G:\PRO-SE\MJJ\HC.07\corral.eot.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD CORRAL,

        Plaintiff,

v.

M.S. EVANS et al,

        Defendant.

Case Number: CV07-05383 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory A. Ott
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Richard Anthony Corral
Salinas Valley State Prison
A-5 -135
Prisoner Id C-99479
P.O. Box 1050
Soledad, CA 93960-1050

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk