RICHARD CORRAL #C99479
SALINAS VALLEY STATE PRISON
PO BOX 1050
SOLEDAD, CA
(A5/135)   93960



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD CORRAL,
      Petitioner

v.

M. S. EVANS, Warden,
      Respondent

C 07-5383 SBA

APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO MOTION TO DISMISS

For the reasons stated in the accompanying declaration of petitioner and affidavit of Demetrius Ahmed Wright, petitioner hereby requests a thirty-day enlargement of time in which to file his response to the respondent's Motion to Dismiss. As explained in the accompanying declaration,

petitioner has sought the aid of another prisoner to assist him in preparation of his legal documents, including research. Since he has had no prior knowledge of the issues involved, this enlargement is necessary. Also, original petition may need amending.

WHEREFORE, petitioner respectfully requests that this Court grant an enlargement of time, to and including June 2, 2008, in which to file his response.

Dated: 4/13/08

Respectfully submitted,

_____
PETITIONER

DECLARATION OF SERVICE BY U.S. MAIL

I declare:

I am the Petitioner in Corral v. Evans. My address is PO Box 1050, Soledad, California, 93960 (Salinas Valley State Prison).

On April 13th 2008, I served the attached Application for Extension of Time to File a Response; Declaration of Petitioner; Affidavit in Support of Application; Proposed Order by placing a true copy thereof enclosed in a sealed envelope with postage paid, in the United States Mail through correctional staff at Salinas Valley State Prison, addressed as follows:

> Gregory A. Ott
> Deputy Attorney General
> 455 Golden Gate Ave., Suite 11000
> San Francisco, CA
> 94102-7004

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 13th 2008, at Soledad, California.

_/s/ R. Corral_



RECEIVED
APR 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CORRAL, Petitioner | C 07-5383 SBA |
| v. | ORDER |
| M.S. EVANS, Warden, Respondent | |

GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have until June 2, 2008, to file his response to the Respondent's Motion to Dismiss. Should the Petitioner find it necessary to do so, he may seek leave of the Court to amend his petition by, and including, said date as well.

DATED:

Saundra B. Armstrong
United States District Judge

Richard Corkel C99479
Salinas Valley State Prison
P.O. Box 1050 (A5-135)
Soledad, Ca 93960-1050

STATE PRISON
GENERATED MAIL

Office of the Clerk
U.S. District Court
1301 Clay St Suite 400S
Oakland, Ca
94612-5212