RICHARD CORRAL # C 99419
SALINAS VALLEY STATE PRISON
P O BOX 1050
SOLEDAD, CA
(A5/135)    93960


FILED
APR 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD CORRAL,
       Petitioner

      V.

M. S. EVANS, Warden,
      Respondent

C 07-5353 SBA

DECLARATION OF PETI-
TIONER IN SUPPORT OF
APPLICATION FOR AN
ENLARGEMENT OF TIME
TO FILE RESPONSE

    I, Richard Corral, declare under penalty of perjury as follows:
    I am the petitioner in this above entitled action. Petitioner's answer is due, in response to Motion to Dismiss, May 2, 2008, per this Court's direction in Order to Show Cause, Conclusion paragraph 3. I have not previously received an enlargement of time in this case.

In my petition I've presented claims for relief due to : (1) violation of plea agreement; (2) violation of due process; and (3) sentence violated right to a trial by jury. My sentence is twenty-two years to life, despite counsel's assurance of a sentence at a minimum of 15 years to a maximum of 25 years, with no mention of life in plea agreement. Based upon misleading information given by counsel, no appeal was filed.

I request an additional thirty days, from May 2, 2008, to file my response and/or amend my petition for the following reason. My original petitions have been prepared by other prisoners as I am unable to do this on my own. Due to a move, the last prisoner assisting me is no longer in contact. Per California Code of Regulations (15 CCR § 3163) I've sought the assistance of another prisoner (see included affidavit). He has requested that I file this application to allow us an opportunity to review afresh the grounds presented in original petition and respondent's Motion to Dismiss, and to prepare appropriate pleadings).

Accordingly, I request that the Court grant petitioner to and including June 2, 2008, in which to file response and/or other pleadings.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at Soledad, California on 13th April 2008.

_Richard Green_
PETITIONER

## AFFIDAVIT

(IN SUPPORT OF APPLICATION FOR ENLARGEMENT
OF TIME)

1. I, Demetrius Ahmed Wright, am a prisoner at Salinas Valley State Prisoner. The Petitioner in Corral v. Evans (C 07-5383 MJJ) requested my assistance in addressing his issues, with his conviction, to the Court. After two brief conversations and a cursory reading of available documents, I agreed to do so. Especially since I have knowledge of his struggle with a medical condition which impairs his ability to function normally at times.

2. I'll need time to figure out how best I can assist the Petitioner. This necessarily will include research which may take up to several weeks.

3. I have absolutely no training in State or Federal law.

DEMETRIUS AHMED WRIGHT     _Demetrius Ahmed Wright_

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration for petitioner and this affidavit was executed on April 7, 2008, at Soledad, CA.

_Demetrius A. Wright_