FILED
JUL 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

AFFIDAVIT OF RICHARD CORRAL
C-07-5383-SBA

1
2   I declare under penalty of perjury under
3   the laws of the United States of
4   America the following:
5     1. My name is Richard Corral. I
6   am the Petitioner in
7               and am proceeding pro se with
8   the help of another inmate.
9     2. In Exhibit A, included and submit-
10  ted in the prior Opposition, the notes
11  state what state of mind was at the
12  time; prior and immediately following
13  sentencing, I was "oversedated." This
14  was due to high doses of psychotropic
15  medication began in the county jail.
16    3. Prior to my incarceration I was
17  a "mixed" drug abuser and drinker; ad-
18  ditionally, I was the victim of a stabbing
19  by a stranger. It was only after my
20  conviction and commitment to CDC
21  that I was diagnosed with Post
22  Traumatic Stress Disorder, Depressive
23  Disorder, aggravated by poly-substance
24  abuse. (Exhibit B)
25    4. At the time of my commitment to
26  CDC I began to seek help with my
27  case once the medications were de-
28  creased sufficiently enough so that I

began to register clearly (as I could anyway).

5. In addition to having permanent problems with in-depth cognitive abilities, to think clearly and "immediate," due to damage from the past, I sustained a serious on-the-job injury which needed immediate surgery. I was injured while working in a prison in early 1989. Since then I have had several hospitalizations, another surgery in 2003, placed on high doses of pain medication due to debilitating pain, and declared permanently disabled. Further, I was assigned to Office Services trade but couldn't keep up mentally or physically. My work was acceptable, however, it took too long for me to "register" or comprehend. I was medically unassigned. (Exhibits C-E)

6. Throughout the above I never gave up on my case, I just didn't know, couldn't know, what to do; I have had to rely on other inmates who've lied to me, misled me, and took advantage of my disabilities knowing I could do nothing about it.

7. There is much more documentation of my mental and physical conditions available which I have had problems accessing in a timely manner for the Opposition and this Affidavit.

8. This Affidavit and all submitted to the Court, other than the original Writ, was prepared on my behalf by Demetrius Ahmed Wright, another prisoner.

Signed this 18th day of July 2008 in Soledad, California.
(P.O. Box 1050
SOLEDAD, CA 93960)   RICHARD CORRAL

DECLARATION OF DEMETRIUS A. WRIGHT

I declare under penalty of perjury under the laws of the United States of America the following:

1. As permitted by Title 15 California Code of Regulations section 3163 I am assissting Richard Corral in accessing the Court.

Signed this 18th day of July 2008 in Soledad, California.
(P.O. Box 1050
SOLEDAD, CA 93960)   DEMETRIUS WRIGHT

Exhibit "A"

| ALLERGY | | |
|---|---|---|
| DATE | TIME | |
| 1/24/85 | | NRC Psych Note: 27 yr old male, of Hispanic descent, 2nd termer, 2-yr commitment, referred S/he may "blow up or go off." Admits to hx use of PCP. H/o of auditory and/or persecutory but no definite psych hx or paranoid feelings. Speech slow, some blocking, looseness of association, moderate anxiety and mild depression, no suicidal ideation. Doubtful poor judgment & insight.

Impression: — Adjust. Dis. c Anxious Mood
— Substance Abuse — PCP by hx —
Mixed Personality Disorder —
R/O
Rx plan: Sinequan 150 mg p.o. h.s. x 30 days
Motrin ? po TID x 30 days
Ventilation
Per Psych PRN
                                                            C Mu. KS |
| 1/30/85 | | NRC Psych Note:
c/o of over sedation but contends that he needs evening medications as c/o of stiffness during the day, nervous and depressed, but no suicidal preoccupation. Due to hx stormy of rxn and some degree of blunting we may have to rule out some organic problem with them 2° to prolonged use of substances. Previous psych testing "non-specific."
— over |

**KAISER FOUNDATION HOSPITALS**
THE PERMANENTE MEDICAL GROUP, INC.
**PATIENT PROGRESS RECORD**

PATIENT'S NAME (LAST, FIRST, MIDDLE):
ADDRESS (NO., STREET): 1773 - 10th Street
(CITY): Hayward Ca 94541
BIRTHDATE: 4-20-57   PHONE: Mess. 781-1079   CODE:   GROUP:

EXHIBIT "B"
Corral Richard
476 94 85
L1 9857

E.R.   B.P. | P. | NURSE
       T.   | R. | LAST DT

REG 938   OCT 0 9 1983   ORDERS →
IN
OUT 12:15 am
Current Medication ↓

CONDITION ON DISCHARGE
Chest stable
Lacerations sutured

Pt was apparently accosted by an unknown assailant who stabbed him several times in the (L) arm + chest.

PE: Gen — NAD, no resp distress
HEENT, Neck — neg, no bulging neck veins
Chest — 1" stab wound on (L) upper chest + (R) upper chest anteriorly
— NSR, no m's
— fairly good BS bilat
Abd, Back — ⊙
Ext — 2" lac on proximal/lateral (L) forearm, oozing profusely initially, stopped & pressure
— 1½" lac on medial (L) arm
— 3" lac over (L) posterior shoulder

92536 (REV. 1-82)

Exhibit "C"
(#1 - #5)

~~ORIGINAL DOCUMENT~~

DEPARTMENT OF INDUSTRIAL RELATIONS

# WORKERS' COMPENSATION APPEALS BOARD

SEE REVERSE SIDE FOR INSTRUCTIONS

APPLICATION FOR ADJUDICATION OF CLAIM  CASE No. **88BAK 94421**
(PRINT OR TYPE NAMES AND ADDRESSES)

MR Richard Corral                                          % CCI II B - 1902 B Tih, Ca. 2B 108 93561
_____                         _____
                                                          (INJURED EMPLOYEE'S ADDRESS AND ZIP CODE)

Social Security No.: 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
_____

                                                          Same
(APPLICANT, IF OTHER THAN INJURED EMPLOYEE)               (APPLICANT'S ADDRESS AND ZIP CODE)

vs.
B J Russell (Superintendent)                              P.O. Box 1031 End of Hwy
_____                         _____
(EMPLOYER — STATE IF SELF-INSURED)                        (EMPLOYER'S ADDRESS AND ZIP CODE)

N/A                                                       N/A
_____                         _____
(EMPLOYER'S INSURANCE CARRIER OR, IF SELF-INSURED, ADJUSTING AGENCY)   (INSURANCE CARRIER OR ADJUSTING AGENCY'S ADDRESS)

## IT IS CLAIMED THAT:

1. The injured employee, born **04-20-57**, while employed as a **Diningroom Worker**
   on **Feb 1987** at **CCI II B P.O. Box 1902 B Tih Ca 95561**
   By the employer sustained injury arising out of and in the course of employment to
   **L4-L5 herniation to disks (lower back) also pinched nerve in mid back**
   (STATE WHAT PARTS OF BODY WERE INJURED)

2. The injury occurred as follows: **transporting board feeding carts in approx 12" snowfall**
   (EXPLAIN WHAT EMPLOYEE WAS DOING AT TIME OF INJURY AND HOW INJURY WAS RECEIVED)

3. Actual earnings at time of injury were: $**2000 monthly, 13 £ hr, 40 hrs per week**
   (GIVE WEEKLY OR MONTHLY SALARY OR HOURLY RATE AND NUMBER OF HOURS WORKED PER WEEK)
   **none**
   (SEPARATELY STATE VALUE PER WEEK OR MONTH OF TIPS, MEALS, LODGING OR OTHER ADVANTAGES REGULARLY RECEIVED)

4. The injury caused disability as follows: **nerve damage & aggravation to leg muscles & testicles as well as muscle spasms**
   (STATE LAST DAY OFF WORK DUE TO THIS INJURY AND BEGINNING AND ENDING DATES OF ALL PERIODS OFF DUE TO THIS INJURY)

5. Compensation was paid ___ **X**  $**none**.  $**n/a**  **February 1987**
   (YES) (NO)     (TOTAL PAID)  (WEEKLY RATE)  (DATE OF LAST PAYMENT)

6. Unemployment insurance or unemployment compensation disability benefits have been received since the date of injury ___ **X**
   (YES) (NO)

7. Medical treatment was received **Partially** **X** ___ **October 10 1987** _____ All treatment was furnished by
                                  (YES) (NO)       (DATE OF LAST TREATMENT)
   the Employer or Insurance Company **X** ___ Other treatment was provided or paid for by **unknown**
                                     (YES) (NO)
   **unknown** _____ Did Medi-Cal pay for any health care
   (NAME OF PERSON OR AGENCY PROVIDING OR PAYING FOR MEDICAL CARE)
   related to this claim **unk** doctors not provided or paid for by employer or insurance company who treated or examined C.C.
                         (YES)(NO)                                                         **Calif Medical Facility – Vac.**
   for this injury are **Dr Urcius practices both at Northbay Medical Center, Fairfield, C**
   (STATE NAMES AND ADDRESSES OF SUCH DOCTORS AND NAMES OF HOSPITALS TO WHICH SUCH DOCTORS ADMITTED INJURED)

8. Other cases have been filed for industrial injuries by this employee as follows: _____
   **N/A**
   (SPECIFY CASE NUMBER AND CITY WHERE FILED)

9. This application is filed because of a disagreement regarding liability for: Temporary disability indemnity **✓**
   Permanent disability indemnity **✓**    Reimbursement for medical expense ___    Medical treatment **✓**
   Compensation at proper rate **✓**       Rehabilitation **✓**                     Other (Specify) **both retroactive**
                                                                                    AND APPLICANT REQUESTS A HEARING AND AWARD OF
   **and continuing benefits till I am fully recovered**
   THE SAME, AND FOR ALL OTHER APPROPRIATE BENEFITS PROVIDED BY LAW

Dated at **Tehachapi**, California, **Jan 25, 1988**
           (CITY)                      (DATE)

N/A                                                       [signature]
_____                         _____
(APPLICANT'S ATTORNEY)                                    (APPLICANT'S SIGNATURE)

N/A
_____
(ADDRESS AND TELEPHONE NUMBER OF ATTORNEY)

FILED
FEB 16 1988
San Francisco Office
Workers' Compensation Appeals Board

Appendix 10-B, p. 1

DIA WCAB FORM 1 (REV 7/81)

DEPARTMENT OF CORRECTIONS                                                                 STATE OF CALIFORNIA

| ORDER DATE | ORDERING DOCTOR | MEDICATION | EXPIRATION DATE |
|---|---|---|---|
| 11/1/88 | Wong | ① A Balm QD X 30 days (Give enough for 3 applications) | 12/1/88 |

| DATE | A.M. | NOON | P.M. | H.S. | DATE | A.M. | NOON | P.M. | H.S. |
|---|---|---|---|---|---|---|---|---|---|
| 11-3-88 | CG | | | | | | | | |
| 11-6-88 | AB | | | | | | | | |
| 11-7 | MP | CG | | | | | | | |
| 11-8 | | | | | | | | | |
| 11-9 | | | | | | | | | |
| 11-10 | | | | | | | | | |
| 11-11 | | | | | | | | | |
| 11-12 | | | | | | | | | |
| 11-13 | | | | | | | | | |
| 11-14 | | CG | | | | | | | |
| 11-15 | | | | | | | | | |
| 11-16 | | | | | | | | | |
| 11-17 | | | | | | | | | |
| 11-18 | | | | | | | | | |
| 11-19 | | CG | | | | | | | |
| 11-20 | | WS | | | | | | | |
| 11-21 | | | | | | | | | |
| 11-22 | | | | | | | | | |
| 11-23 | | | | | | | | | |
| 11-24 | | | | | | | | | |
| 11-25 | | | | | | | | | |
| 11-26 | | | | | | | | | |
| 11-27 | | | | | | | | | |
| 11-28 | MP | | | | | | | | |
| 11-29 | | | | | | | | | |
| 11-30 | | | | | | | | | |
| 12-1 | | expired | | | | | | | |

### IDENTIFICATION OF INITIALS

| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |
|---|---|---|---|---|---|
| C. Golliher MTA | CG | J. Estridge MTA | JE | | |
| | | | | | |

NAME OF INMATE: Corral, Richard       NUMBER: C-74179     HOUSING: 2C 106

**OUTPATIENT MEDICATION**

CDC 7253 (9/77)

DEPARTMENT OF CORRECTIONS                                                                  STATE OF CALIFORNIA

| ORDER DATE | ORDERING DOCTOR | MEDICATION | EXPIRATION DATE |
|---|---|---|---|
| 10/17/88 | Hebert | Decadron 8mg IM QD x 7 days | 10/24/88 |
| 10/18/88 | Hebert | DA Balm QD x 7 days | 10/25/88 |

| DATE | A.M. | NOON | P.M. | H.S. | DATE | A.M. | NOON | P.M. | H.S. |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/88 | 1MP | | | | | | | | |
| 10-18 | 12MP | | | | | | | | |
| 10-19 | | | | | | | | | |
| 10-20 | | | | | | | | | |
| 10-21 | | | | | | | | | |
| 10-22 | | | | | | | | | |
| 10-23 | | | | | | | | | |
| 10-24 | | 2KS | | | | | | | |
| 10-25 | | | | | | | | | |

IDENTIFICATION OF INITIALS

| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |
|---|---|---|---|---|---|
| | | | | | |
| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |

NAME OF INMATE: Corral, Richard     NUMBER: C99477    HOUSING: ZC 106

**OUTPATIENT MEDICATION**

CDC 7253 (9/77)                                                                                    CCI#5814

1 of 2 pgs

**DEPARTMENT OF CORRECTIONS**          **STATE OF CALIFORNIA**

| ORDER DATE | ORDERING DOCTOR | MEDICATION | EXPIRATION DATE |
|---|---|---|---|
| 9-13-88 | Wong | ① Feldene i QD x 2 wks d/c'd 9-13 | 9-26-88 |
| 9-13-88 | Wong | ② Robaxin 750mg i TID x 2 wks d/c'd 9-13 | 9-26-88 |
| 9-13-88 | Wong | 3. Flexeril 10mg TID x 1x | 9-27-88 |
| 9-19 | Herbert | 4. Indocin 50mg TID 30d | 10-19-88 |
| 9-19-88 | Herbert | 5. Robaxin 750mg TID 30d | 10-19-88 |

| DATE | A.M. | NOON | P.M. | H.S. | DATE | A.M. | NOON | P.M. | H.S. |
|---|---|---|---|---|---|---|---|---|---|
| 9/12/88 | | | 2 RC | | | | | | |
| 9/19/88 | | 345 KS | | | | | | | |
| 9-20-88 | 345 JT | | 345 RC | | | | | | |
| 9-21 | 345 BW | 345 PV | 345 RC | | | | | | |
| 9-24 | | 55 US | | | | | | | |
| 10-3 | 345 HA | 345 mp | | | | | | | |
| 10-5 | 345 HA | 45 R | | | | | | | |
| 10-6 | | | | | | | | | |
| 10-7 | | | | | | | | | |
| 10-8 | | | | | | | | | |
| 10-9 | | | | | | | | | |
| 10-10 | | | | | | | | | |
| 10-11 | | | | | | | | | |
| 10-12 | | | | | | | | | |
| 10-13 | | | | | | | | | |
| 10-14 | | | | | | | | | |
| 10-15 | | | | | | | | | |
| 10-16 | | | | | | | | | |
| 10-17 | | 45 R | | | | | | | |
| 10-18 | | | | | | | | | |
| 10-19 | | | | | | | | | |

IDENTIFICATION OF INITIALS

NAME: R. Jiminez RCd
NAME: P. Tulis MTA   INITIAL: JT   NAME: B. Jutrich MTA   INITIAL: BW   NAME: S. Allen MTA   INITIAL: SA
NAME: G. Alpar   INITIAL: M   NAME: S. Ethridge MTA   INITIAL: JP   NAME: C. Goeher MTA   INITIAL: CG

NAME OF INMATE: Corral    NUMBER: C99479    HOUSING: 2C 106

**OUTPATIENT MEDICATION**
CDC 7253 (9/77)    CCI-5279

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

| ORDER DATE | ORDERING DOCTOR | MEDICATION | EXPIRATION DATE |
|---|---|---|---|
| 8-12-88 | Herbert | Clinoral 200mg PO Bid 30d | 9-12-88 |
| 8-31-88 | Ardell | Wynods Supp ii HS x 7 day | 9-6-88 |

| DATE | A.M. | NOON | P.M. | H.S. | DATE | A.M. | NOON | P.M. | H.S. |
|---|---|---|---|---|---|---|---|---|---|
| 8/13/88 | | | 1VS | | | | | | |
| 9/13 | 1MP | | | | | | | | |
| 8/14 | ¥ | 1BW | | | | | | | |
| 8/15/88 | | HS | | | | | | | |
| 8/17 | 1BW | | | | | | | | |
| 8/18 | | | | | | | | | |
| AUG 19 | 1BW | 1VS | | | | | | | |
| | NS | | NS | | | | | | |
| 8/22 | 1BW | | | | | | | | |
| 8/24 | 1BW | | | | | | | | |
| 8-25 | | | | | | | | | |
| 8-26 | | | | | | | | | |
| 8-27 | | | | | | | | | |
| 8-28 | | | | | | | | | |
| 8-29 | | | | | | | | | |
| 9-1 | 12 CY / 100 | | | | | | | | |

IDENTIFICATION OF INITIALS

| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |
|---|---|---|---|---|---|
| | | Buentista MTA | BW | C Gallichar MTA | CY |

NAME OF INMATE: Torres, Richard
NUMBER: C99479
HOUSING: 2C106L

**OUTPATIENT MEDICATION**
CDC 7253 (9/77)   CCI-5279

STATE OF CALIFORNIA  
CDC 128-E (Rev. 10/98)

F (3)

# EDUCATION PROGRESS REPORT

DEPARTMENT OF CORRECTIONS

| BEHAVIOR/ASSESSMENT | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|
| Adaptability  S  U | Vocational Title: Office Services | 22 | 5 |
| Conduct  S  U | Academic Title: | | |
| Cooperation  S  U | Adult High School Title: | | |
| Dependability  S  U | General Education Development | | |
| Initiative  S  U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 3/19/99 | | | |

COMMENTS SPECIFIC TO COURSE:

Mr. Corral is working on Interm. Typing and Electronic Calculator. He recently took the final part of the GED exam. Mr. Corral works independently and requires little assistance. He is a very hard working, determined individual.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | CLERK | 203.392-010 | | | |
| | SECRETARY | 203.393-010 | | | |
| | TYPING(1) | 203.582-066 | | | |
| | BOOKKEEPING | 203.392-014 | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW INITIALS |
|---|---|---|---|
| 12/31/99 | S | PACHECO | |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| CORRAL, R | C99479 | CSATF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

---

STATE OF CALIFORNIA  
CDC 128-E (Rev. 10/98)

F (4)

# EDUCATION PROGRESS REPORT

DEPARTMENT OF CORRECTIONS

| BEHAVIOR/ASSESSMENT | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|
| Adaptability  S  U | Vocational Title: Office Services | 22 | 5 |
| Conduct  S  U | Academic Title: | | |
| Cooperation  S  U | Adult High School Title: | | |
| Dependability  S  U | General Education Development | | |
| Initiative  S  U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

Word 97 - V01.03.07; Intermediate Typing - V01.02.06

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 3/19/99 | 3/17/00 | 8 | Medically Unassigned |

COMMENTS SPECIFIC TO COURSE:

Mr. Corral completed the Intermediate Typing and Word 97. Mr. Corral worked hard in achieving these units and is to be congratulated. Mr. Corral worked diligently on a daily basis and was a role model student.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | CLERK | 203.392-010 | | | |
| | SECRETARY | 203.393-010 | | | |
| | TYPING(1) | 203.582-066 | | | |
| | BOOKKEEPING | 203.392-014 | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW INITIALS |
|---|---|---|---|
| 3/23/00 | S | PACHECO | |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| CORRAL, R | C99479 | CSATF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

**THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B**

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| | | | | |

*Sections A - B to be completed by licensed medical staff.*

| SECTION A: REASON FOR INITIATION OF FORM | SECTION B: DISABILITY BEING EVALUATED |
|---|---|
| ☐ Inmate self-identifies to staff    ☐ Third party evaluation request<br>☐ Observation by staff    ☐ Medical documentation or Central File information | ☐ Blind/Vision Impaired    ☐ Speech Impaired<br>☐ Deaf/Hearing Impaired    ☐ Mobility Impaired |

*Sections C - G to be completed by a physician only.*

| SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT | SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT |
|---|---|
| 1. ☐ **FULL TIME WHEELCHAIR USER - DPW**<br>Requires wheelchair accessible housing and path of travel. | 1. NO CORRESPONDING CATEGORY |
| 2. ☐ **INTERMITTENT WHEELCHAIR USER - DPO**<br>Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell. | 2. NO CORRESPONDING CATEGORY |
| 3. ☐ **MOBILITY IMPAIRMENT** - With or Without Assistive Device (Wheelchairs shall not be prescribed) - **DPM**<br>Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel. | 3. ☐ **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**<br>Walks 100 yards without pause with or without assistive devices.<br>☐ No Housing Restrictions    ☐ See HOUSING RESTRICTIONS in Section E<br>☐ Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C: _____) |
| 4. ☐ **DEAF/HEARING IMPAIRMENT - DPH**<br>Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements. | 4. ☐ **HEARING IMPAIRMENT - DNH**<br>With residual hearing at a functional level with hearing aid(s). |
| 5. ☐ **BLIND/VISION IMPAIRMENT - DPV**<br>Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E). | 5. NO CORRESPONDING CATEGORY |
| 6. ☐ **SPEECH IMPAIRMENT - DPS**<br>Does not communicate effectively speaking or in writing. | 6. ☐ **SPEECH IMPAIRMENT - DNS**<br>Does not communicate effectively speaking, but does when writing. |

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

**CSR ALERT:**
☐ Requires relatively level terrain and no obstructions in path of travel
☐ Complex medical needs affecting placement    ☐ CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
☐ Cane    ☐ Crutch    ☐ Walker    ☐ Leg/Arm prosthesis    ☐ Vest
☐ Other: _____    ☐ CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
☐ Feeding or Eating    ☐ Bathing    ☐ Grooming    ☐ W/C transferring
☐ Toileting    ☐ Other: _____    ☐ CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
☐ NONE _____ ; _____
CODE    DATED    CODE    DATED

**HOUSING RESTRICTIONS:**    ☐ Lower bunk    ☐ No stairs    ☐ No triple bunk. CDC 128-C(s) dated: _____

**SECTION F: EXCLUSIONS**

☐ **VERFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
☐ **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
☐ **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

☐ Uses Sign Language Interpreter (SLI)    ☐ Reads Braille    ☐ Communicates with written notes    ☐ Requires large print or magnifier
☐ Reads lips    ☐ NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

_____
_____

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

**DISTRIBUTION:** Original - Top General Chrono Section of C-File;    Green - Chrono Section, Unit Health Record    Canary - C&PR/CC-III;    Pink-CC-I;    Gold-Inmate

Richard Corral C69179
Salinas Valley State Prison
P.O. Box 1050 A5-136
Soledad, Ca 93960-1050

Office of the Clerk
U.S. District Court
Northern District
of California

1301 Clay St Suite 400S
Oakland, Ca 94612-5212

CDCR PRISON
GENERATED MAIL

Legal Mail

