07-CV-5383-SBA

# AFFIDAVIT OF RICHARD CORRAL

FILED JUL 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I declare under penalty of perjury under the laws of the United states of America the following:

1. My name is Richard Corral. I am the Petitioner in and am proceeding pro se with the help of another inmate.

2. In Exhibit A, included and submitted in the prior Opposition, the notes state what state of mind was at the time; prior and immediately following sentencing, I was "oversedated." This was due to high doses of psychotropic medication began in the county jail.

3. Prior to my incarceration I was a "mixed" drug abuser and drinker; additionally, I was the victim of a stabbing by a stranger. It was only after my conviction and commitment to CDC that I was diagnosed with Post Traumatic Stress Disorder, Depressive Disorder, aggravated by poly-substance abuse. (Exhibit B)

4. At the time of my commitment to CDC I began to seek help with my case once the medications were decreased sufficiently enough so that I

began to register clearly (as I could anyway).

5. In addition to having permanent problems with in-depth cognitive abilities, to think clearly and "immediate," due to damage from the past, I sustained a serious on-the-job injury which needed immediate surgery. I was injured while working in a prison in early 1989. Since then I have had several hospitalizations, another surgery in 2003, placed on high doses of pain medication due to debilitating pain, and declared permanently disabled. Further, I was assigned to Office Services trade but couldn't keep up mentally or physically. My work was acceptable, however, it took too long for me to "register" or comprehend. I was medically unassigned. (Exhibits C-E)

6. Throughout the above I never gave up on my case, I just didn't know, couldn't know, what to do; I have had to rely on other inmates who've lied to me, misled me, and took advantage of my disabilities knowing I could do nothing about it.

7. There is much more documentation of my mental and physical conditions available which I have had problems accessing in a timely manner for the Opposition and this Affidavit.

8. This Affidavit and all submitted to the Court, other than the original Writ, was prepared on my behalf by Demetrius Ahmed Wright, another prisoner.

Signed this 18th day of July 2008 in Soledad, California.
(P.O. Box 1050
Soledad, CA 93960)  *Richard Corral*
RICHARD CORRAL

DECLARATION OF DEMETRIUS A. WRIGHT

I declare under penalty of perjury under the laws of the United States of America the following:

1. As permitted by Title 15 California Code of Regulations section 3163 I am assisting Richard Corral in accessing the Court.

Signed this 18th day of July 2008 in Soledad, California.
(P.O. Box 1050
Soledad, CA 93960)  *Demetrius A. Wright*
DEMETRIUS WRIGHT

DEPARTMENT OF CORRECTIONS      STATE OF CALIFORNIA

Exhibit "A"

ALLERGY

| DATE | TIME | |
|---|---|---|
| 1/24/85 | | NRC Psych Note: 27 yr old male, of Hispanic descent, 2nd termer, 2 yr commitment, referred re he may "blow up or go off." Admits to still use of PCP. C/o of voices around people but no definite psych hx or paranoid feelings. Speech slow, some blocking, looseness of associations, moderate anxiety and mild depression, no suicidal/homicidal content, of fair judgement & insight.

Impression: — Adjust dist Dis c̄ Anxious Mood — Substance Abuse — PCP by Hx — Mixed Personality Disorder —
R/O
Rx: Sinequan 100 mg p.o. h.s. #30
    Motrin T po TID x 30 days
    Ventilation
    Per Psych PRN
                      [signature] |
| 1/30/85 | | Here Psych Note: c/o of over sedation but contends that he needs evening medications as c/o of staleness during the day. Anxious and depressed but no suicidal preoccupation. Due to hx scarcity of rapport and some degree of blocking, one may have to rule out some organic problem related to 2° prolonged use of substance. Previous psych tdy non-specific. — over |

NAME: CORRAL       NUMBER: C-99479

(OVER)

OUTPATIENT MEDICAL RECORD

CDC 7254 (Rev. 9/77)

**KAISER FOUNDATION HOSPITALS**
THE PERMANENTE MEDICAL GROUP, INC.

## PATIENT PROGRESS RECORD

PATIENT'S NAME (LAST, FIRST, MIDDLE)

ADDRESS (NO., STREET) 1773 - 10th Street
(CITY) Hayward Ca 94541
BIRTHDATE 4-20-57  PHONE Mess. 791-1079  CODE  GROUP

Exhibit "B"

Corral Richard
4769485
L1 9857

**E.R.**  B.P. | P. | NURSE
T. | R. | LAST DT

REG 93p   OCT 09 1983   ORDERS →
IN _____
OUT 12:15 am
Current Medication

CONDITION ON DISCHARGE
Chest stable
Lacerations sutured

Pt was apparently accosted by an unknown assailant who stabbed him several times in the (L) arm + chest.

PE: Gen — NAD, no resp distress
HEENT, Neck — neg, no bulging neck veins
Chest — 1" stab wound on (L) upper chest + (R) upper chest anteriorly
— NSR, no m's
— fairly good BS bilat
Abd, Back — Ø Ø
Ext — 2" lac on proximal lateral
(L) forearm, bleeding profusely
initially, stopped c pressure
— 1½" lac on medial (L) arm
— 3" lac over (L) posterior shoulder

ORIGINAL DOCUMENT
DEPARTMENT OF INDUSTRIAL RELATIONS

# WORKERS' COMPENSATION APPEALS BOARD

SEE REVERSE SIDE FOR INSTRUCTIONS

APPLICATION FOR ADJUDICATION OF CLAIM
(PRINT OR TYPE NAMES AND ADDRESSES)

CASE No. 88BAK 94421

MR Richard Corral — %o CCI II B -1902B Tch, Ca. ZB 108 93561
(INJURED EMPLOYEE'S ADDRESS AND ZIP CODE)

Social Security No.: 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

(APPLICANT, IF OTHER THAN INJURED EMPLOYEE) — Same
(APPLICANT'S ADDRESS AND ZIP CODE)

vs.

B J Bushnell (Superintendent) — P.O. Box 1921 End of Hwy
(EMPLOYER — STATE IF SELF-INSURED) (EMPLOYER'S ADDRESS AND ZIP CODE)

N/A — N/A
(EMPLOYER'S INSURANCE CARRIER OR, IF SELF-INSURED, ADJUSTING AGENCY) (INSURANCE CARRIER OR ADJUSTING AGENCY'S ADDRESS)

IT IS CLAIMED THAT:

1. The injured employee, born 04·20·57, while employed as a Diningroom Worker on Feb 1987 at CCI II B P.O. Box 1902B Tch Ca 95561
By the employer sustained injury arising out of and in the course of employment to L4-L5 herniation to disks (lower back) also pinched nerve in mid back

2. The injury occurred as follows: transporting board feeding carts in approx 12" snowfall

3. Actual earnings at time of injury were: $20.00 monthly, 13¢ hr, 40 hrs per week
   none

4. The injury caused disability as follows: nerve damage & aggravation to leg muscles & testicles as well as muscle spasms

5. Compensation was paid __ X __ $ none . $ n/a February 1987
   (YES) (NO) (TOTAL PAID) (WEEKLY RATE) (DATE OF LAST PAYMENT)

6. Unemployment insurance or unemployment compensation disability benefits have been received since the date of injury __ X __ (NO)

7. Medical treatment was received Partially X October 10 1987 All treatment was furnished by the Employer or Insurance Company X Other treatment was provided or paid for by unknown
   unknown Did Medi-Cal pay for any health care related to this claim unk doctors not provided or paid for by employer or insurance company who treated or examined for this injury are Dr Urcius practices both at Northbay Medical Center Fairfield, Calif Medical Faculty UCC

8. Other cases have been filed for industrial injuries by this employee as follows: n/a

9. This application is filed because of a disagreement regarding liability for: Temporary disability indemnity ✓
   Permanent disability indemnity ✓   Reimbursement for medical expense ___   Medical treatment ✓
   Compensation at proper rate ✓   Rehabilitation ✓   Other (Specify) both retroactive and continuing benifits till I am fully recovered

Dated at Tehachapi, California, Jan 25 1988

FILED FEB 16 1988
San Francisco Office
Compensation Appeals Board

Appendix 10-B, p. 1

| DEPARTMENT OF CORRECTIONS | | | | | | | | | | | STATE OF CALIFORNIA |

| ORDER DATE | ORDERING DOCTOR | MEDICATION | EXPIRATION DATE |
|---|---|---|---|
| 11/1/88 | Wong | ① A Balm QD X 30 days (Give enough for 3 applications) | 12/1/88 |
| | | | |

| DATE | A.M. | NOON | P.M. | H.S. | DATE | A.M. | NOON | P.M. | H.S. |
|---|---|---|---|---|---|---|---|---|---|
| 11-3-88 | CY | | | | | | | | |
| 11-6-88 | AB | | | | | | | | |
| 11-7 | MP | 12 | | | | | | | |
| 11-8 | | | | | | | | | |
| 11-9 | | | | | | | | | |
| 11-10 | | | | | | | | | |
| 11-11 | | | | | | | | | |
| 11-12 | | | | | | | | | |
| 11-13 | | | | | | | | | |
| 11-14 | | 12 | | | | | | | |
| 11-15 | | | | | | | | | |
| 11-16 | | | | | | | | | |
| 11-17 | | | | | | | | | |
| 11-18 | | | | | | | | | |
| 11-19 | | CY | | | | | | | |
| 11-20 | | VS | | | | | | | |
| 11-21 | | | | | | | | | |
| 11-22 | | | | | | | | | |
| 11-23 | | | | | | | | | |
| 11-24 | | | | | | | | | |
| 11-25 | | | | | | | | | |
| 11-26 | | | | | | | | | |
| 11-27 | | | | | | | | | |
| 11-28 | MP | | | | | | | | |
| 11-29 | | | | | | | | | |
| 11-30 | | | | | | | | | |
| 12-1 | — | expired — | | | | | | | |

IDENTIFICATION OF INITIALS

| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |
|---|---|---|---|---|---|---|---|
| C. Solleher MTA | | J. Eshridge MTA | | | | | |
| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |

| NAME OF INMATE | NUMBER | HOUSING |
|---|---|---|
| Corral, Richard | C74479 | 2C 106 |

**OUTPATIENT MEDICATION**

CDC 7253 (9/77)

Exhibit "C"

pg 1 of 2

DEPARTMENT OF CORRECTIONS                                     STATE OF CALIFORNIA

| ORDER DATE | ORDERING DOCTOR | MEDICATION | EXPIRATION DATE |
|---|---|---|---|
| 10/17/88 | Herbert | Decadron 8mg IM QD x 7 days | 10/24/88 |
| 10/18/88 | Herbert | @ H Balm QD x 7 days | 10/25/88 |

| DATE | A.M. | NOON | P.M. | H.S. | DATE | A.M. | NOON | P.M. | H.S. |
|---|---|---|---|---|---|---|---|---|---|
| 10/17/88 | 1MP | | | | | | | | |
| 10-18 | 12MP | | | | | | | | |
| 10-19 | | | | | | | | | |
| 10-20 | | | | | | | | | |
| 10-21 | | | | | | | | | |
| 10-22 | | | | | | | | | |
| 10-23 | | | | | | | | | |
| 10-24 | | 2KB | | | | | | | |
| 10-25 | | | | | | | | | |

IDENTIFICATION OF INITIALS

| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |
|---|---|---|---|---|---|
| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |

NAME OF INMATE: Corral, Richard        NUMBER: C94173    HOUSING: ZC 106

OUTPATIENT MEDICATION

Exhibit "C"

1 of 2 pgs

DEPARTMENT OF CORRECTIONS                                          STATE OF CALIFORNIA

| ORDER DATE | ORDERING DOCTOR | MEDICATION | EXPIRATION DATE |
|---|---|---|---|
| 9-13-88 | Wong | ① Feldene i QD x 2wks d/c'd 9-13 | 9-26-88 |
| 9-13-88 | Wong | ② Robaxin 750mg i TID x 2 wks d/c'd 9-13 | 9-26-88 |
| 9-13-88 | Wong | 3. Flexeril 10mg TID x 14 | 9-27-88 |
| 9-19 | Hebert | 4. Indocin 50mg TID 30d | 10-19-88 |
| 9-19-88 | Hebert | 5. Robaxin 750mg TID 30d | 10-19-88 |

| DATE | A.M. | NOON | P.M. | H.S. | DATE | A.M. | NOON | P.M. | H.S. |
|---|---|---|---|---|---|---|---|---|---|
| 9/2/88 | | | 2 RD | | | | | | |
| 9/19/88 | | 345 US | | | | | | | |
| 9-20-88 | 345 JT | | 345 RQ | | | | | | |
| 9-21 | 345 R | 345 R | 345 R | | | | | | |
| 9-24 | | 35 US | | | | | | | |
| 10-3 | 345 MA | 345 M | | | | | | | |
| 10-5 | 345 MA | 45 R | | | | | | | |
| 10-6 | | | | | | | | | |
| 10-7 | | | | | | | | | |
| 10-8 | | | | | | | | | |
| 10-9 | | | | | | | | | |
| 10-10 | | | | | | | | | |
| 10-11 | | | | | | | | | |
| 10-12 | | | | | | | | | |
| 10-13 | | | | | | | | | |
| 10-14 | | | | | | | | | |
| 10-15 | | | | | | | | | |
| 10-16 | | | | | | | | | |
| 10-17 | | 45 R | | | | | | | |
| 10-18 | | | | | | | | | |
| 10-19 | | | | | | | | | |

IDENTIFICATION OF INITIALS

NAME R. Jimenez RD        INITIAL
NAME P. Felix MTA          INITIAL PF
NAME Bertinich MTA         INITIAL B
NAME S. Afex MTA           INITIAL SA
NAME G. Aupro              INITIAL
NAME S. Ethridge MTA       INITIAL
NAME C. Goelsher MTA       INITIAL CG

NAME OF INMATE: Corral     NUMBER: C99479    HOUSING: 2C106

OUTPATIENT MEDICATION
CCT-5279

Exhibit "C"

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

| ORDER DATE | ORDERING DOCTOR | MEDICATION | EXPIRATION DATE |
|---|---|---|---|
| 8-12-88 | Herbert | Clinoral 200mg PO Bid 30d | 9-12-88 |
| 8-31-88 | Ardell | Wynodo Supp i HS x 7 days | 9-6-88 |

| DATE | A.M. | NOON | P.M. | H.S. | DATE | A.M. | NOON | P.M. | H.S. |
|---|---|---|---|---|---|---|---|---|---|
| 8/12/88 | | | 1 VS | | | | | | |
| 8/14 | 1 mp | 1 BW | | | | | | | |
| 8/15/88 | | 1 VS | | | | | | | |
| 8/17 | 1 BW | | | | | | | | |
| 8/18 | | | | | | | | | |
| AUG 19 | 1 BW | 1 VS | | | | | | | |
| 8/20 | NS | | NS | | | | | | |
| 8/22 | 1 BW | | | | | | | | |
| 8/24 | 1 BW | | | | | | | | |
| 8-25 | | | | | | | | | |
| 8-26 | | | | | | | | | |
| 8-27 | | | | | | | | | |
| 8-28 | | | | | | | | | |
| 8-29 | | | | | | | | | |
| 9-1 | 12 Cy | 1 BW | | | | | | | |

IDENTIFICATION OF INITIALS

| NAME | INITIAL | NAME | INITIAL | NAME | INITIAL |
|---|---|---|---|---|---|
| | | Bucinski MA | BW | C Gilchar MA | Cy |
| NAME | INITIAL | NAME | | | |

NAME OF INMATE: Corral, Richard   NUMBER: C-99479   HOUSING: 2C106L

OUTPATIENT MEDICATION

"F"(3)

STATE OF CALIFORNIA  
CDC 128-E (Rev. 10/98)

# EDUCATION PROGRESS REPORT

DEPARTMENT OF CORRECTIONS

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S  U | Vocational Title: Office Services | 22 | 5 |
| Conduct | S  U | Academic Title: | | |
| Cooperation | S  U | Adult High School Title: | | |
| Dependability | S  U | General Education Development | | |
| Initiative | S  U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 3/19/99 | | | |

COMMENTS SPECIFIC TO COURSE:  
Mr. Corral is working on Interm. Typing and Electronic Calculator. He recently took the final part of the GED exam. Mr. Corral works independently and requires little assistance. He is a very hard working, determined individual.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | CLERK | 203.392-010 | | | |
| | SECRETARY | 203.393-010 | | | |
| | TYPING(1) | 203.582-066 | | | |
| | BOOKKEEPING | 203.392-014 | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW INITIALS |
|---|---|---|---|
| 12/31/99 | S | PACHECO | |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| CORRAL, R | C99479 | CSATF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

---

"F"(4)

STATE OF CALIFORNIA  
CDC 128-E (Rev. 10/98)

# EDUCATION PROGRESS REPORT

DEPARTMENT OF CORRECTIONS

| BEHAVIOR/ASSESSMENT | | CERTIFICATION UNITS IN COURSE | TOTAL | COMPLETED PRIOR TO THIS QUARTER |
|---|---|---|---|---|
| Adaptability | S  U | Vocational Title: Office Services | 22 | 5 |
| Conduct | S  U | Academic Title: | | |
| Cooperation | S  U | Adult High School Title: | | |
| Dependability | S  U | General Education Development | | |
| Initiative | S  U | | | |

LIST SPECIFIC CERTIFICATION UNITS COMPLETED THIS QUARTER BY NAME:  
Word 97 - V01.03.07; Intermediate Typing - V01.02.06

| DATE INMATE ENROLLED | DATE INMATE TERMINATED | TERMINATION CODE | REASON FOR TERMINATION |
|---|---|---|---|
| 3/19/99 | 3/17/00 | 8 | Medically Unassigned |

COMMENTS SPECIFIC TO COURSE:  
Mr. Corral completed the Intermediate Typing and Word 97. Mr. Corral worked hard in achieving these units and is to be congratulated. Mr. Corral worked diligently on a daily basis and was a role model student.

## VOCATIONAL EVALUATION OF EMPLOYABILITY

| (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER | (X) | OCCUPATIONAL JOB TITLE | DOT CODE NUMBER |
|---|---|---|---|---|---|
| | CLERK | 203.392-010 | | | |
| | SECRETARY | 203.393-010 | | | |
| | TYPING(1) | 203.582-066 | | | |
| | BOOKKEEPING | 203.392-014 | | | |

| DATE OF REPORT | QUARTER GRADE | INSTRUCTOR/TEACHER (PRINT NAME AND SIGN) | SUPERVISORY REVIEW INITIALS |
|---|---|---|---|
| 3/23/00 | S | PACHECO | |

| INMATE NAME (LAST, FIRST, MI) | CDC NUMBER | INSTITUTION |
|---|---|---|
| CORRAL, R | C99479 | CSATF |

DISTRIBUTION: White-Central File; Canary-Education File; Pink-Originator; Goldenrod-Inmate

STATE OF CALIFORNIA
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
CDC 1845 (Rev. 01/04)

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|

*Sections A - B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [ ] Inmate self-identifies to staff
- [ ] Third party evaluation request
- [ ] Observation by staff
- [ ] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Speech Impaired
- [ ] Deaf/Hearing Impaired
- [ ] Mobility Impaired

*Sections C - G to be completed by a physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT

1. [ ] **FULL TIME WHEELCHAIR USER - DPW**
   Requires wheelchair accessible housing and path of travel.
2. [ ] **INTERMITTENT WHEELCHAIR USER - DPO**
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.
3. [ ] **MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - DPM**
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.
4. [ ] **DEAF/HEARING IMPAIRMENT - DPH**
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.
5. [ ] **BLIND/VISION IMPAIRMENT - DPV**
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).
6. [ ] **SPEECH IMPAIRMENT - DPS**
   Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT

1. NO CORRESPONDING CATEGORY
2. NO CORRESPONDING CATEGORY
3. [ ] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**
   Walks 100 yards without pause with or without assistive devices.
   - [ ] No Housing Restrictions
   - [ ] See HOUSING RESTRICTIONS in Section E
   - [ ] Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____)
4. [ ] **HEARING IMPAIRMENT - DNH**
   With residual hearing at a functional level with hearing aid(s).
5. NO CORRESPONDING CATEGORY
6. [ ] **SPEECH IMPAIRMENT - DNS**
   Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
- [ ] Requires relatively level terrain and no obstructions in path of travel
- [ ] Complex medical needs affecting placement   [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [ ] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
- [ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
- [ ] Toileting  [ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE _____ ; _____
  CODE   DATED   CODE   DATED

**HOUSING RESTRICTIONS:**  [ ] Lower bunk  [ ] No stairs  [ ] No triple bunk.  CDC 128-C(s) dated: _____

### SECTION F: EXCLUSIONS

- [ ] **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
- [ ] **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
- [ ] **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS

- [ ] Uses Sign Language Interpreter (SLI)
- [ ] Reads Braille
- [ ] Communicates with written notes
- [ ] Requires large print or magnifier
- [ ] Reads lips  [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

```
                    PROOF OF SERVICE BY MAIL
            (C.C.P. §§1013 (A); 2015.5 & U.S.C. §1746)
```

I, Richard Corral, am a citizen of the state of California, County Of MONTEREY over the age of eighteen years, and ___ a party to the within cause. My address is: Salinas Valley State Prison P.O. Box 1050, Soledad, Ca 93960-1050

On July 22nd, 2008 I served the original and/or true reproductions thereof of the following documents:

Response to / of Opposition for Summary Dismissal

By mailing them to: Office of the Clerk
U.S. District of California
1301 Clay st Suite 400S
Oakland, Ca 94612-5212

Said service was executed by placing said documents enclosed in a sealed envelope(s) with postage thereon fully prepaid, and depositing them in the United States Mail. At the time of the mailing there existed normal mailing service between the above parties.

I declare under the penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on this July day of 22nd, 2008, California

Richard Corral
(PRINT NAME)

[signature]
(SIGNATURE)



