**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD CORRAL,                          )   No. C 07-05383 SBA (PR)
                                         )
                    Petitioner,          )   **<u>JUDGMENT</u>**
v.                                       )
                                         )
M. S. EVANS, Warden,                     )
                                         )
                    Respondent.          )
_____ )

     Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely

signed today, this action is DISMISSED WITH PREJUDICE.  28 U.S.C. § 2244(d).

     IT IS SO ORDERED.

DATED: 2/9/09

                               _____
                               SAUNDRA BROWN ARMSTRONG
                               United States District Judge

**United States District Court**
For the Northern District of California

1   UNITED STATES DISTRICT COURT
2   FOR THE
3   NORTHERN DISTRICT OF CALIFORNIA

4
5   CORRAL et al,

                    Case Number: CV07-05383 SBA
6                Plaintiff,
                    **CERTIFICATE OF SERVICE**
7     v.

8   EVANS et al,

9
                Defendant.
10  _____/

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.
13

14  That on February 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
15  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.
16

17

18

19  Richard Anthony Corral
20  Salinas Valley State Prison
    A-5 -135
21  Prisoner Id C-99479
    P.O. Box 1050
22  Soledad,  CA 93960-1050

23
    Dated: February 11, 2009
24
                            Richard W. Wieking, Clerk
25                          By: LISA R CLARK, Deputy Clerk

26

27

28

P:\PRO-SE\SBA\HC.07\Corral5383.jud.frm                    2